United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12702-pmm

Luann Hernley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1

Date Rcvd: Oct 01, 2021     Form ID: 130     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Luann Hernley, 147 Union Rd, Lebanon, PA 17046-7816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Luann Hernley brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                               Chapter: 13
    Luann Hernley

                Debtor(s)            Bankruptcy No: 21−12702−pmm

*O R D E R*

**AND NOW,** this 1st day of October, 2021 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 10/14/2021.
    Chapter 13 Plan due by 10/14/2021.
    Schedules AB−J due 10/14/2021.
    Statement of Financial Affairs due 10/14/2021.
    Summary of Assets and Liabilities Form B106 due 10/14/2021.
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 Due 10/14/2021.
    Means Test Calculation Form 122C−2, If Applicable, Due 10/14/2021.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                          By the Court

                                                         Patricia M. Mayer
                                       Judge , United States Bankruptcy Court