**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luann Hernley,             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-12702 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 2001-1 and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Rebecca Solarz</u>
Rebecca Solarz
04 Oct 2021, 14:17:22, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322