IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Luann Hernley | : | Chapter 13 |
| | : | Case No.: 21-12702-PMM |
| Debtor(s) | : | |

## MOTION TO TRANSFER VENUE

Debtor, Luann Hernley, by and through the undersigned counsel, hereby moves to Transfer Venue of the above captioned Chapter 13 Bankruptcy matter from the United States Bankruptcy Court for the Eastern District of Pennsylvania to the to the United States Bankruptcy Court for the Middle District of Pennsylvania under 28 U.S.C. Section 1404(a) and in support thereof avers as follows:

1. Debtor filed the instant Chapter 13 Bankruptcy on September 30, 2021.

2. At all times relevant hereto, the Debtor has resided in Lebanon, PA which is in Lebanon County, Pennsylvania and part of the Middle District of Pennsylvania.

4. The instant case was filed as an Emergency matter and was inadvertently filed in the Eastern District of Pennsylvania.

5. The undersigned counsel is licensed to practice in the Middle District of Pennsylvania and seeks to continue his representation of the Debtor, in the proper venue.

6. In accordance with 28 U.S.C. Section 1404 (a), the Debtor is seeking to transfer this matter to the appropriate jurisdiction.

WHEREFORE, the Debtor respectfully requests this Honoroable Court to transfer this instant Bankruptcy matter to the United States Bankruptcy Court for the Middle District of Pennsylvania in accordance with 28 U.S.C. 1404 (a).

Dated: October 6, 2021                         /s/Brad J. Sadek
                                                                         Brad J. Sadek, Esq.
                                                                         Attorney for the Debtor
                                                                         Sadek Law Offices, LLC
                                                                         1315 Walnut Street, #302
                                                                         The Philadelphia Building
                                                                         Philadelphia, PA 19107
                                                                         215-545-0008