**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                        :

     Luann Hernley           :            Chapter 13

                                :

          Debtor(s)            :            Case No.:  21-12702-PMM

                                :

**ORDER**

AND NOW, this ___15th___ day of _____October_____ , 2021, upon

consideration of the within Motion to Extend Time to File Required Documents, it is

hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an

extension to file all required documents with the Court on or before October 28, 2021.

_Patricia M. Mayer_

_____

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE