IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Luann Hernley | : | Chapter 13 |
| | : | Case No.: 21-12702-PMM |
|    Debtor(s) | : | |

**O R D E R**

AND NOW, this  27th   day of  October  , 2021 upon consideration of the Debtor's Motion to Transfer Venue to the United States Bankruptcy Court for the Middle District of Pennsylvania;

It is hereby ORDERED and DECREED that the instant case may be transferred in accordance with Section 28 U.S.C. 1404(a) and the attorney of record for United States Bankruptcy Court for the Middle District of Pennsylvania docket shall list Brad J. Esquire, as counsel for the Debtor.

FURTHER ORDERED:

_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE