# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Luann Hernley | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 21-12702-pmm |

### NOTICE IS HEREBY GIVEN:

That the above Bankruptcy Case has been transferred to the Pennsylvania Middle District Bankruptcy Court by the Court Order dated October 27, 2021.

The Pennsylvania Middle District Bankruptcy case number is 1:21-02314

Dated: October 27, 2021

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK